UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSE ANTONIO ALVES DOS SANTOS,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Field Office Director,<br>TODD LYONS, Acting Director<br>U.S. Immigrations and Customs Enforcement,<br>and KRISTI NOEM, U.S. Secretary of<br>Homeland Security,<br><br>Respondents. | Civil Action No. 25-cv-12686-MJJ |

## MEMORANDUM OF DECISION AND ORDER

September 29, 2025

JOUN, D.J.

Jose Antonio Alves dos Santos ("Mr. Alves dos Santos" or "Petitioner") petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention. [Doc. No. 1].

**I.     BACKGROUND**

Mr. Alves dos Santos came to the United States twenty years ago and resides in Massachusetts. [Doc. No. 1 at ¶¶ 1, 3]. Mr. Alves dos Santos is married to a U.S. citizen, who filed a Petition for Alien Relative (I-130) for him. [*Id.* at ¶ 3]. The petition was approved in recognition that Mr. Alves dos Santos and his wife demonstrated that their marriage was bona fide. [*Id.*]. Mr. Alves dos Santos has a pending application for a provisional unlawful presence waiver (I-601A), the next step in seeking lawful status through his U.S. citizen wife. [*Id.*]. On

1

September 20, 2025, Mr. Alves dos Santos was arrested by federal immigration agents and is currently being held in ICE custody. [*Id*. at ¶¶ 2, 4].

## II.  ANALYSIS

In their Response to Habeas Petition, Respondents acknowledge that the facts and principal legal issues in this case substantially overlap with those in *Hilario Rodriguez v. Moniz*, 25-cv-12358. [Doc. No. 9 at 2]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr. Alves dos Santos is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

## III.  CONCLUSION

For the foregoing reasons, the Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide Mr. Alves dos Santos with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are <u>ENJOINED</u> from denying bond to Mr. Alves dos Santos on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a status report within 24 hours of the bond hearing, stating whether Mr. Alves dos Santos has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

<u>/s/ Myong J. Joun</u>
United States District Judge